**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                                    **NO. 4:26-CR-65**

**JAKEVIOUS OVERSTREET**

## NOTICE

TAKE NOTICE that a proceeding in this case has been RESET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building** <br> **305 Main Street** <br> **Greenville, Mississippi 38701** <br><br> **Courtroom 1 – Third Floor** | **August 14, 2026** <br> **1:00 p.m.** |

Type of Proceeding

**CHANGE OF PLEA HEARING ON COUNT TWO OF THE INDICTMENT**
**BEFORE CHIEF UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

**A PRESENTENCE INTERVIEW WILL TAKE PLACE FOLLOWING**
**THE PLEA PROCEEDINGS—COUNSEL FOR DEFENDANT MAY ATTEND**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date:   August 13, 2026

Electronic notice only to:
Counsel of Record
U.S. Probation Service
U.S. Marshal Service

Questions should be directed to Judge_Brown@msnd.uscourts.gov